# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01418-AG (DFMx) | Date | January 16, 2019 |
| Title | Nehemiah Kong v. RWB Real Estate Investments LLC et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD**

On January 11, 2019, counsel for Plaintiff filed a "Notice of Settlement". The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by March 17, 2019. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action. All hearing dates and deadlines in this matter are ordered VACATED.

                                                                            - : -

Initials of Deputy Clerk   mku

cc: